JAMES BUSTAMANTE, SBN 13675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax       415/394-3806

Attorney for Defendant
PATRICK DANIEL KENNY

E-Filing

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PATRICK DANIEL KENNY,

    Defendant.

_____/

CR 05 00079 WHA

SUBSTITUTION OF ATTORNEYS

COMES NOW defendant PATRICK DANIEL KENNY, and hereby substitutes JAMES BUSTAMANTE, 809 Montgomery, 2nd Floor, San Francisco, California 94133, telephone 415/394-3800, as his attorney of record, in the place and stead of Joseph O'Sullivan, 1500 20th Street, San Francisco, California 94107, telephone 415/920-0423.

Dated: 6/8/05

_____
PATRICK DANIEL KENNY, Defendant

We accept the above substitution.

_____
JAMES BUSTAMANTE, Attorney
Dated: 6-2-05

_____
JOSEPH O'SULLIVAN, Attorney
Dated:

OK WITH 6-17-05