KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>PATRICK DANIEL KENNY, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. CR 05-00079 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

      The above-captioned matter came before the Court on July 5, 2005, for setting of motion schedule.  The defendant was represented by James Bustamante and the government was represented by Jeffrey Finigan, Assistant United States Attorney.   Motion to suppress and trial schedules were set and the case is next before the Court on October 4, 2005, for hearing on the defendant's motion to suppress, which is to be filed on or before July 19, 2005.  The Court made a finding on the record that the time from and including July 5, 2005, through July 19 2005,

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00079 WHA**

1  should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of
2  justice served by taking such action outweighed the best interest of the public and the defendant
3  in a speedy trial.  That finding was based on the need for the defendant to have reasonable time
4  necessary for effective preparation, taking into account the exercise of due diligence, pursuant to
5  18 U.S.C. § 3161(h)(8) (B)(iv).
6        The parties hereby agree to and request that the case be continued as set forth herein and
7  that the exclusion of time herein be granted.  The parties agree and stipulate that the additional
8  time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because
9  the ends of justice served by this continuance outweigh the best interest of the public and the
10 defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
11 prepare, taking into account the exercise of due diligence.

DATED:    9/29/05  

/s/  
JAMES BUSTAMANTE  
Counsel for Patrick Daniel Kenny

DATED:    9/14/05  

/s/  
JEFFREY FINIGAN  
Assistant U.S. Attorney

So ordered.

DATED:  October 3, 2005

WILLIAM H. ALSUP  
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]  
ORDER EXCLUDING TIME  
CR 05-00079 WHA                2

# CERTIFICATE OF SERVICE

   The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. PATRICK DANIEL KENNY, CR 05-00079 WHA** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**James A. Bustamante, Esq**
**809 Montgomery Street, 2nd Floor**
**San Francisco, CA  94133**
**Fax No: 415-394-3806**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

   X    (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated:     September 27, 2005

                                                                        /s/
                                                            RAWATY YIM
                                                            United States Attorney's Office

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00079 WHA**                        3