1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14
15  UNITED STATES OF AMERICA,        )   Criminal No. CR 05-00079 WHA
                                     )
16          Plaintiff,                )
                                     )
17                                   )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER EXCLUDING TIME**
18      v.                           )
                                     )
19  PATRICK DANIEL KENNY,            )
                                     )
20          Defendant.                )
                                     )
21  _____ )

22

23       The above-captioned matter came before the Court on June 21, 2005, for setting of

24  motion schedule.  The defendant was represented by James Bustamante and the government was

25  represented by Robert Rees, Assistant United States Attorney.  The case was set for July 5, 2005,

26  for scheduling of defendant's motions.  The Court made a finding on the record, at the request of

27  the defense, that the time from and including June 21, 2005, through July 5 2005, should be

28  **STIPULATION AND [PROPOSED]**
    **ORDER EXCLUDING TIME**
    **CR 05-00079 WHA**

1  excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice
2  served by taking such action outweighed the best interest of the public and the defendant in a
3  speedy trial.  That finding was based on the need for the defendant to have reasonable time
4  necessary for effective preparation, taking into account the exercise of due diligence, pursuant to
5  18 U.S.C. § 3161(h)(8) (B)(iv).
6         The parties hereby agree to and request that the case be continued as set forth herein and
7  that the exclusion of time until then be granted.  The parties agree and stipulate that the
8  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
9  because the ends of justice served by this continuance outweigh the best interest of the public and
10 the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
11 prepare, taking into account the exercise of due diligence.

DATED:    6/27/05

/s/
JAMES BUSTAMANTE
Counsel for Patrick Daniel Kenny

DATED:    6/22/05

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: October 25, 2005

WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00079 WHA**                    2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. PATRICK DANIEL KENNY, CR 05-00079 WHA** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**James A. Bustamante, Esq**
**809 Montgomery Street, 2nd Floor**
**San Francisco, CA  94133**
**Fax No: 415-394-3806**

\_\_\_\_  (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__  (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_  (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_  (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    June 22, 2005

                                                      /s/
                                        RAWATY YIM
                                        United States Attorney's Office

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00079 WHA**               3