```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
```

UNITED STATES OF AMERICA

       Plaintiff,

  v.

PATRICK DANIEL KENNY,

       Defendant.

_____/

NO. CR 05-00079 WHA

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE DEFENDANT PATRICK KENNY'S SENTENCING HEARING

IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing, in the above captioned matter, be continued from February 7, 2006 to March 14, 2006 at 2:00 p.m. The reason for this request is that defense counsel was ill, necessitating him to continue the Presentence Interview to a date that did not allow Probation sufficient time for timely completion of the Presentence Report prior to the February 7 sentencing date. United States Probation Officer John D. Woods advised that he has no objection to this stipulation and proposed Order.  **No more continuances.**

/S/JAMES BUSTAMANTE  
JAMES BUSTAMANTE  
Attorney for Defendant Kenny  
Dated: January 5, 2006

/S/JEFFREY FINIGAN  
JEFFREY FINIGAN  
Assistant U.S. Attorney  
Dated: January 5, 2006

**IT IS SO ORDERED.**

Dated: January 6, 2006



WILLIAM ALSUP, Judge
United States District Court